ORD
GRACE M. KIM, ESQ.
Nevada Bar No. 9268
LAW OFFICES OF LES ZIEVE
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 948-8565
Facsimile: (702) 446-9898

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | CASE NO.: 2:10-CV-01053-JCM-LRL |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |
| vs. | Date: |
| | Time: |
| TOM J. COLLINS, and DOES 1 through 10, | Dept.: |
| Defendants. | |

Upon review and consideration of Plaintiff Deutsche Bank National Trust Company's Motion to Remand filed on July 29th, 2010, the supporting documents therein, and in accordance with the provisions of Local Rule 7-2, the Court Orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is granted.

IT IS SO ORDERED.

DATE: September 7, 2010

_____
UNITED STATES DISTRICT JUDGE

1